**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
(702) 384-7000
efile@alversontaylor.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, as subrogee of Sarkis Tabakian and Kohar Tabakian;<br><br>　　　Plaintiff,<br>vs.<br><br>BRASSCRAFT MANUFACTURING COMPANY, a Michigan corporation; and DOES I through X, inclusive,<br><br>　　　Defendants. | CASE NO.: 2:18-cv-1386-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |
| BRASSCRAFT MANUFACTURING COMPANY,<br><br>　　　Third-Party Plaintiff,<br>vs.<br><br>ACCUFLEX INDUSTRIAL HOSE LTD,<br><br>　　　Third-Party Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, AMICA MUTUAL INSURANCE COMPANY ("Plaintiff"), Defendant and Third-Party Plaintiff BRASSCRAFT MANUFACTURING COMPANY ("BrassCraft") and Third-Party Defendant ACCUFLEX INDUSTRIAL HOSE LTD ("Defendants"), by and through their respective attorneys of record,

1

KB/24862

that Plaintiff's Complaint, BrassCraft's Third-Party Complaint, and all claims asserted against Defendants or Third-Party Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

DATED this 20th day of February, 2020

ARMSTRONG TEASDALE LLP

/s/ Michelle D. Alaire

Michelle D. Alarie, Esq.
Nevada Bar #11894
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89149
Christopher D. Baucom, Esq.
(admitted *pro hac vice*)
Missouri Bar No. 56465
11620 Wilshire Boulevard, Suite 800
St. Louis Missouri 63105
*Attorneys for Defendant and Third-Party Plaintiff Brasscraft Manufacturing Company*

DATED this 19th day of February, 2020

MEYERS MCCONNELL REISZ SIDERMAN

/s/ Lori E. Siderman

Lori E. Siderman, Esq.
Nevada Bar # 7515
Russell B. Brown, Esq.
Nevada Bar # 11355
11620 Wilshire Boulevard, Suite 800
Los Angeles, California 90025
1745 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Third-Party Defendant Accuflex Industrial Hose Ltd.*

/ / /

/ / /

DATED this 20th day of February, 2020

ALVERSON TAYLOR & SANDERS

/s/ Kurt R. Bonds

Kurt R. Bonds, Esq.
Nevada Bar # 11894
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
*Attorney for Plaintiff Amica Mutual Insurance Company*

KB/24862

///

## ORDER

**IT IS SO ORDERED** Plaintiff Amica Mutual Insurance Company's operative complaint against Defendants and Third-Party Plaintiff Brasscraft Manufacturing Company operative complaint against Third-Party Defendant Accuflex Industrial Hose Ltd., and each and every cause of action or claim for injury and/or damage therein, be dismissed **with prejudice**, with each party to bear its own fees and costs.

Dated: February 21, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

ALVERSON TAYLOR & SANDERS

By: /s/ Kurt R. Bonds
_____
Kurt R. Bonds, Esq.
Nevada Bar # 11894
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149

*Attorney for Plaintiff Amica Mutual Insurance Company*

3

KB/24862